**No. 48141.**—Protests 771027–G, etc., of J. S. Staedtler, Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Favor* (24 C. C. P. A. 399, T. D. 48854) the protests were sustained.

**No. 48142.**—Protest 42774–K/89700 of G. W. Sheldon & Co. (Chicago).

Opinion by WALKER, J. It was stipulated that the onyx in question is similar to that the subject of Abstract 45347. The claim at 30 percent under paragraph 214 was therefore sustained.

**No. 48143.**—Protests 40693–K, etc., of James H. Rhodes & Co. (Boston, etc.).

Opinion by WALKER, J. At the hearing the vice president of the plaintiff-company testified in its behalf. He identified certain lists which were received in evidence as exhibits 1 and 2, consisting of items similar to those involved in Abstract 45298 [Protest 33658–K] and *Chrystal Co.* v. *United States* (T. D. 49571). The record in Abstract 45298 was incorporated herein. On the record presented the claim at $\frac{1}{4}$ or $\frac{1}{10}$ of 1 cent per pound, depending on the value, under paragraph 206 was sustained as to certain of the items listed on exhibits 1 and 2, *supra*.

**No. 48144.**—Protest 868898–G of K. F. Griffiths & Co., Inc. (New York).

Opinion by WALKER, J. The president of the importing corporation testified in behalf of the plaintiff, and he identified certain of the items in the case at bar as similar to exhibits in the case of *Chrystal Co.* v. *United States* (T. D. 49571), which case was incorporated herein. The official papers showed that the merchandise described by the witness was valued at less than $15 per ton. On the record presented the claim at $\frac{1}{10}$ of 1 cent per pound under paragraph 206 was accordingly sustained.

**No. 48145.**—Protest 879485–G of Wm. Dixon, Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel that the merchandise in question is honing stones the same as those the subject of Abstract 36742 the claim for free entry under paragraph 1692 was sustained.